Brent T. Robinson, Esq.
ROBINSON, ANTHON & TRIBE
Attorneys at Law
615 H Street
P.O. Box 396
Rupert, Idaho  83350-0396
Telephone No. (208) 436-4717
Facsimile No. (208) 436-6804
Email Address: btr@idlawfirm.com
Idaho State Bar No. 1932

Attorneys for Debtor/Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | ) | Case No. 10-41613-JDP |
| --- | --- | --- |
|  | ) | Chapter 11 |
| HOLLIFIELD RANCHES, INC., | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| TYSON FRESH MEATS, INC., | ) | Adversary No. 12-08030 |
| a Delaware corporation, | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| HOLLIFIELD RANCHES, INC., | ) |  |
| an Idaho corporation, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### DISCLOSURE OF EXPERT WITNESSES

COMES NOW the debtor/defendant, by and through its attorney of record, Brent T. Robinson of the firm Robinson, Anthon & Tribe, and hereby discloses the following expert witnesses that may be called at the time of the pretrial hearing in Tyson Fresh Meats, Inc.'s adversary action scheduled for July 5, 2013:

DISCLOSURE OF WITNESSES           - 1 -

Expert Witnesses

| | |
|---|---|
| 1. Terry Hollifield | Feeding/Hedging/Marketing knowledge |
| 2. James Carr | Hedging/Marketing knowledge |
| 3. Vern France | Feeding/Hedging/Marketing knowledge |
| 4. Jeff French | Hedging/Marketing knowledge |
| 5. Dave Harris | Hedging/Marketing knowledge |
| 6. Larry Hicks | Hedging/Marketing knowledge |
| 7. Larry Roberts | TFM Field Representative |
| 8. Brad Brandenburg | TFM Procurement Representative |
| 9. Glenn Vandergiessen | Hedging/Marketing knowledge |

DATED this 8th of March, 2013.

ROBINSON, ANTHON & TRIBE

By: /S/ BRENT T. ROBINSON
Brent T. Robinson

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY THAT on the 8th day of March, 2013, the within and foregoing *Disclosure of Expert Witnesses* was filed electronically through the Bankruptcy Court's CM/ECF filing system, and upon such filing the CM/ECF registered participants in this case were served by electronic means.

- Matthew Todd Christensen    mtc@angstman.com, mindy@angstman.com; mtcecf@gmail.com; laura@angstman.com; jamie@angstman.com

- Noah G. Hillen    ngh@moffatt.com, kad@moffatt.com;amd@moffatt.com

- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com

I FURTHER CERTIFY THAT on said date a true and correct copy of the foregoing was served upon the following by depositing the same in the United States mail with first-class postage prepaid, enclosed in envelopes addressed to:

James Meservy  
William, Meservy & Lothspeich, LLP  
P. O. Box 168  
Jerome, Idaho  83338

Terry G. Hollifield, President  
Hollifield Ranches, Inc.  
22866 US Hwy. 30  
Hansen, ID  83334-5518

/S/ BRENT T. ROBINSON
Brent T. Robinson