Matthew T. Christensen
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Christensen ISB: 7213

Attorneys for Plaintiff/Counterdefendant
Tyson Fresh Meats, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:  HOLLIFIELD RANCHES, INC.,<br><br>                    Debtor.<br>_____<br><br>TYSON FRESH MEATS, INC., a Delaware corporation,<br><br>            Plaintiff/Counterdefendant,<br><br>     vs.<br><br>HOLLIFIELD RANCHES, INC., an Idaho corporation,<br><br>            Defendant/Counterclaimant. | Case No.: 10-41613-JDP<br><br><br><br><br>Adv. Case. No: 12-08030-JDP |

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 1
Matter: 7081-002

**REBUTTAL EXPERT WITNESS DISCLOSURE**

Tyson Fresh Meats, Inc., ("TFM") by and through its attorneys of record, Angstman Johnson, pursuant to the Court's Amended Pretrial Order and Notice of Trial, Docket No. 16, hereby submit their Rebuttal Expert Witness Disclosure.

GENERAL OBJECTION: On March 11, 2013, Hollifield Ranches, Inc. ("HRI") was required to disclose its expert witnesses in conformity with Federal Rule of Civil Procedure 26(a)(2). HRI failed to make the required disclosures. HRI's Expert Witness Disclosures are currently the subject of a Motion in Limine/Motion to Strike, filed by TFM and set for hearing on May 2, 2013. Accordingly, this rebuttal expert witness disclosure is made in the event that the Court denies TFM's Motion in Limine/Motion to Strike. This rebuttal expert witness disclosure is not meant to waive, in any way, the arguments made in the Motion in Limine/Motion to Strike regarding HRI's experts.

In addition, TFM's expert witnesses are intended to be called for the purposes of rebuttal and, as a result of HRI's non-disclosure of its proposed expert witnesses' opinions or the basis for those opinions, TFM is unable at this time to provide the opinions, underlying facts, and data of its expert witnesses. Notwithstanding the above, TFM hereby discloses the following expert witnesses:

    **1.**     **Brad Brandenburg**
        Tyson Fresh Meats, Inc.
        c/o Angstman Johnson
        3649 N. Lakeharbor Lane
        Boise, ID 83713

        A. **Subject Matter of Testimony**: Mr. Brandenburg will offer testimony in rebuttal to the testimony and opinions expressed by the witnesses identified by HRI in this matter. Due to HRI's failure to disclose the opinions of its expert

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 2
Matter: 7081-002

witnesses, the subjects upon which Mr. Brandenburg will testify are not fully known at this time. Nevertheless, Mr. Brandenburg is expected to testify regarding the industry practice and standards for the purchase of cattle and hedging practices related to the purchase of cattle.

B. **Opinions**: Mr. Brandenburg is expected to testify in rebuttal of HRI's expert witnesses concerning the applicable industry standards for the purchase of cattle and hedging practices related to the purchase of cattle. Mr. Brandenburg may also testify regarding any purported findings and/or investigations of HRI's records by HRI's expert witnesses.

C. **Basis of Opinions**: The facts and data upon which Mr. Brandenburg will rely are dependent in large part upon what opinions are offered by HRI's expert witnesses, and the facts and data upon which such expert witnesses will rely to form their opinions. While the exact nature of the facts and data upon which Mr. Brandenburg will base his opinions are not completely known at this time (due to HRI's failure to provide its expert witnesses' opinions, facts or data), such facts or data are likely to include: the documents produce by all parties in this litigation (if any), TFM's responses to HRI's discovery requests, as well as Mr. Brandenburg's experience, education, training and skills.

D. **Exhibits**: The exhibits that will be used by Mr. Brandenburg may include any documents produced by parties to this litigation. In addition, it is anticipated that Mr. Brandenburg may have further exhibits, dependent upon the proper disclosures of HRI's expert witnesses.

E. **Qualifications**: Mr. Brandenburg graduated with a Bachelor's degree from Carroll College in 1976. Mr. Brandenburg worked for family cattle operations from 1975 – 1981, where his duties included cattle buying, backgrounding cattle, care of cattle and ranch maintenance. Since 1981, Mr. Brandenburg has worked for Tyson Fresh Meats (or an affiliate or predecessor), where his duties included being a laborer on the kill floor, a yard foreman, a cattle buyer (1981 – 1998), a cattle buyer supervisor (1998-2006), and the Director of Cattle Procurement (2006 to the present). Mr. Brandenburg has not authored any publications in the previous ten years.

F. **List of Cases**: Mr. Brandenburg has not previously testified (either in trial or depositions) as an expert witness.

G. **Compensation**: As an employee of TFM, Mr. Brandenburg is not being compensated separately for his testimony as an expert witness.

2. **Larry D. Roberts**
Tyson Fresh Meats, Inc.
c/o Angstman Johnson
3649 N. Lakeharbor Lane
Boise, ID 83713

A. **Subject Matter of Testimony**: Mr. Roberts will offer testimony in rebuttal to the testimony and opinions expressed by the witnesses identified by HRI in this matter. Due to HRI's failure to disclose the opinions of its expert witnesses, the subjects upon which Mr. Roberts will testify are not fully known at this time. Nevertheless, Mr. Roberts is expected to testify regarding the industry practice and standards for the purchase of cattle and hedging practices related to the purchase of cattle.

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 4
Matter: 7081-002

B. **<u>Opinions</u>**: Mr. Roberts is expected to testify in rebuttal of HRI's expert witnesses concerning the applicable industry standards for the purchase of cattle and hedging practices related to the purchase of cattle. Mr. Roberts may also testify regarding any purported findings and/or investigations of HRI's records by HRI's expert witnesses.

C. **<u>Basis of Opinions</u>**: The facts and data upon which Mr. Roberts will rely are dependent in large part upon what opinions are offered by HRI's expert witnesses, and the facts and data upon which such expert witnesses will rely to form their opinions. While the exact nature of the facts and data upon which Mr. Roberts will base his opinions are not completely known at this time (due to HRI's failure to provide its expert witnesses' opinions, facts or data), such facts or data are likely to include: the documents produce by all parties in this litigation (if any), TFM's responses to HRI's discovery requests, as well as Mr. Roberts' experience, education, training and skills.

D. **<u>Exhibits</u>**: The exhibits that will be used by Mr. Roberts may include any documents produced by parties to this litigation. In addition, it is anticipated that Mr. Roberts may have further exhibits, dependent upon the proper disclosures of HRI's expert witnesses.

E. **<u>Qualifications</u>**: Mr. Roberts graduated with a Bachelor's degree in animal science from New Mexico State University in 1973. From 1974 until 1983, Mr. Roberts worked as a sales trainee or sales merchandiser for IBP, Inc. From 1983 to the present, Mr. Roberts has worked as a sales manager and

cattle buyer for Tyson Fresh Meats, Inc. Mr. Roberts has not authored any publications in the previous ten years.

F. **List of Cases**: Mr. Roberts has not previously testified (either in trial or depositions) as an expert witness.

G. **Compensation**: As an employee of TFM, Mr. Roberts is not being compensated separately for his testimony as an expert witness.

3. **Dr. James R. Mintert**
615 West State Street
Purdue University
West Lafayette, IN 47907

A. **Subject Matter of Testimony**: Dr. Mintert will offer testimony in rebuttal to the testimony and opinions expressed by the witnesses identified by HRI in this matter. Due to HRI's failure to disclose the opinions of its expert witnesses, the subjects upon which Dr. Mintert will testify are not fully known at this time. Nevertheless, Dr. Mintert is expected to testify regarding the industry practice and standards for the pricing, hedging and risk management of cattle sales and purchases.

B. **Opinions**: Dr. Mintert is expected to testify in rebuttal of HRI's expert witnesses concerning the applicable industry standards for the pricing, heding and risk management of cattle sales and purchases. Dr. Mintert may also testify regarding any purported findings and/or investigations of HRI's records by HRI's expert witnesses.

C. **Basis of Opinions**: The facts and data upon which Dr. Mintert will rely are dependent in large part upon what opinions are offered by HRI's expert witnesses, and the facts and data upon which such expert witnesses will rely to

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 6
Matter: 7081-002

form their opinions. While the exact nature of the facts and data upon which Dr. Mintert will base his opinions are not completely known at this time (due to HRI's failure to provide its expert witnesses' opinions, facts or data), such facts or data are likely to include: the documents produce by all parties in this litigation (if any), TFM's responses to HRI's discovery requests, as well as Dr. Mintert's experience, education, training and skills.

D. **Exhibits**: The exhibits that will be used by Dr. Mintert may include any documents produced by parties to this litigation. In addition, it is anticipated that Dr. Mintert may have further exhibits, dependent upon the proper disclosures of HRI's expert witnesses.

E. **Qualifications**: Dr. Mintert's qualifications, as well as a list of all publications Dr. Mintert has authored in the previous ten years, is attached hereto as *Exhibit A*.

F. **List of Cases**: Dr. Mintert has not testified (either at trial or in a deposition) in the previous four years as an expert.

G. **Compensation**: Dr. Mintert is being compensated at the rate of $250 per hour for preparatory work, and $300 per hour for all testimony (either at trial or in deposition).

/

/

/

4. **Additional Witnesses.** TFM reserves the right to supplement this disclosure in order to identify further expert witnesses to rebut the currently unknown opinions

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 7

Matter: 7081-002

of HRI's expert witnesses, and/or to modify and enlarge upon the anticipated testimony of the expert witnesses identified above.

DATED this 10th day of April, 2013.

/s/
MATTHEW T. CHRISTENSEN
Attorney for Plaintiff/Counterdefendant
Tyson Fresh Meats, Inc.

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 8
Matter: 7081-002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2013, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

      Brent T. Robinson        btr@idlawfirm.com
      Noah G. Hillen          ngh@moffatt.com
      Matthew T. Christensen   mtc@angstman.com

And any others as shown on the ECF service list.

                                        /s/
                                    Matthew T. Christensen

REBUTTAL EXPERT WITNESS DISCLOSURE – PAGE 9
Matter: 7081-002

# James R. Mintert Curriculum Vitae

| **HOME ADDRESS** | **OFFICE ADDRESS** |
|---|---|
| 3930 Deerpath Place | 615 West State Street, Purdue University |
| West Lafayette, IN 47906 | West Lafayette, IN 47907 |
| (765) 491-9184 | (765) 494-8491  E-Mail:jmintert@purdue.edu |

**EDUCATION**
- **Ph.D.**     University of Missouri, Agricultural Economics
- **M.S.**      Purdue University, Agricultural Economics
- **B.S.**      Purdue University, Agricultural Economics

**PROFESSIONAL EXPERIENCE**

**September 2012 to Present**  Interim Director of Extension, Associate Dean of Agriculture & Professor of Agricultural Economics
Purdue University

**June 2009 to Present**  Assistant Director of Extension, Agriculture & Natural Resources & Professor of Agricultural Economics
Purdue University

**September 1986 to May 2009**  Professor, Extension State Leader & Extension Livestock Marketing Economist
Department of Agricultural Economics
Kansas State University

**SELECTED REFEREED PUBLICATIONS**

Tonsor, G., J. Mintert, and T. C. Schroeder. "U.S. Meat Demand: Household Dynamics and Media Information Impacts." *Journal of Agricultural and Resource Economics*. 35 (2010,1):1-17.

Tonsor, G., T. C. Schroeder, J. Pennings and J. Mintert. "Consumers Valuations of Beef Steak Food Safety Enhancements in Canada, Japan, Mexico, and the United States." *Canadian Journal of Agricultural Economics*. 57 (2009):395-416.

Mintert, J. "Evaluating Strategies for Ranching in the 21st Century: Ranching In The Ethanol Era." Rangelands, 30(2008,2): 22-26.

Tonsor, G., K. Dhuyvetter and J. Mintert. "Improving Cattle Basis Forecasting." Journal of Agricultural and Resource Economics 29(2,2004):228-241.

Mintert, J. "Beef Feedlot Industry." Veterinary Clinics: Food Animal Practice 19(2003): 387-395.

Lusk, J.L., J.A. Fox, T.C. Schroeder, J. Mintert, and M. Koohmaraie. "In-Store Valuation of Beef Tenderness." American Journal of Agricultural Economics 83(2001):539-550.

EXHIBIT A

**James R. Mintert**
Page 2

Schroeder, Ted C., Clement E. Ward, James R. Mintert and Derrell S. Peel. "Value-Based Pricing of Fed Cattle: Challenges and Research Agenda". Review of Agricultural Economics. 20 (1998):125-134.

Schroeder, Ted C., Martin L. Albright, Michael R. Langemeier and James Mintert. "Factors Affecting Cattle Feeding Profitability." Journal of the American Society of Farm Managers and Rural Appraisers. 57 1(1993):48-54.

Schroeder, Ted, Rodney Jones, James Mintert and Andrew Barkley. "The Impact of Forward Contracting On Fed Cattle Prices". Review of Agricultural Economics. 15 2 (1993):325-337.

Jones, Rodney, Ted Schroeder, James Mintert and Frank Brazle. "The Impacts of Quality on Cash Fed Cattle Prices". Southern Journal of Agricultural Economics. 24 2(1992):149-162.

Langemeier, Michael, Ted Schroeder and James Mintert. "Determinants of Cattle Finishing Profitability." Southern Journal of Agricultural Economics. 24 2(1992):41-47.

**AWARDS & OFFICES HELD**

Co-Recipient of Purdue University Cooperative Extension Specialists Association Team Award for "Managing Moldy Corn", Purdue Cooperative Extension Service, November 10, 2010.

Co-Recipient of Eric Choon Memorial Research Award for "Consumer Food Safety Risk Perceptions and Attitudes: Impact on Beef Consumption Across Countries", U.S. Meat Export Federation, November 12, 2009.

Co-Recipient of Western Agricultural Economics Association 2004 Outstanding Extension Project Award for Contributions made to the Kansas State University MAST (Management, Analysis & Strategic Thinking) Program.

American Agricultural Economics Association Premier Forecaster Award, 1991, 1994, 1998 & 2000.

Western Agricultural Economics Association 1996 Outstanding Group Extension Program Award for Livestock Marketing In Kansas, James Mintert and Ted C. Schroeder, Kansas State University.

Livestock Marketing Information Center, Award for Superior Service, For exceptional and distinguished service to the U.S. livestock industries, and outstanding contribution to multi-state extension cooperation, and leadership of the Livestock Marketing Information Center, October 1995.

**TEACHING**

Commodity Futures Markets, AGEC 522 & AGEC 420, 3 credit hour undergraduate class, fall semester, (AGEC 522) 1989-1991 and (AGEC 420) 1998-2008.

**James R. Mintert, Ph.D.**
**Publications, 2003-2013**

**Refereed Publications**

Lawrence, J., J. Mintert. "Fundamental Forces Affecting Livestock Producers." *Choices* (published by Agricultural & Applied Economics Association), 26(1)2011. Accessible Online: http://www.choicesmagazine.org/magazine/article.php?article=165

Tonsor, G., J. Mintert, and T. C. Schroeder. "U.S. Meat Demand: Household Dynamics and Media Information Impacts." *Journal of Agricultural and Resource Economics*. 35 (2010,1):1-17.

Tonsor, G., T. C. Schroeder, J. Pennings and J. Mintert. "Consumers Valuations of Beef Steak Food Safety Enhancements in Canada, Japan, Mexico, and the United States." *Canadian Journal of Agricultural Economics*. 57 (2009):395-416.

Mintert, J. "Evaluating Strategies for Ranching in the 21st Century: Ranching In The Ethanol Era." *Rangelands*, 30(2008,2): 22-26.

Lawrence, J., J. Mintert, J. Anderson, D. Anderson. "Feed Grains and Livestock: Impacts On Meat Supplies and Prices." *Choices* (published by American Agricultural Economics Association), 23(2)2008:11-15.

Schroeder, T., G. Tonsor, J. Pennings, J. Mintert. "Consumer Food Safety Risk Perceptions and Attitudes: Impacts on Beef Consumption Across Countries." *The B.E. Journal of Economic Analysis and Policy*, Vol. 7(2007), Issue 1, Article 65.

Fox, J., B. Coffey, J. Mintert, T. Schroeder, and L. Valentin. "The Response to BSE in the United States." *Choices* (published by American Agricultural Economics Association), 20(2)2005:103-107.

Tonsor, G., K. Dhuyvetter and J. Mintert. "Improving Cattle Basis Forecasting." *Journal of Agricultural and Resource Economics* 29(2,2004):228-241.

Parcell, J., J. Mintert and R. Plain. "An Empirical Investigation of Live Hog Demand." *Journal of Agricultural and Applied Economics* 36(3,2004):773-887.

Marsh, T., T. Schroeder and J. Mintert. "Impacts of Product Recall Events on U.S. Meat Demand." *Applied Economics* 36(9,2004):897-909.

Mintert, J. "Beef Feedlot Industry." *Veterinary Clinics: Food Animal Practice* 19(2003): 387-395.

Mintert, J., D. Andresen and T. Schroeder. "Improving Efficiency in Business-to-Business Information Transfers: A Web-Based Solution in the Beef Sector." *International Journal of Information Management* 23(2003): 415-424.

**Published Abstracts**

Dhuyvetter, K, K. Swanser, T. Kastens, J. Mintert, B. Crosby. "Improving Feeder Cattle Basis Forecasts". Journal of Agricultural and Resource Economics 33(2008):499.

Schroeder, T, G. Tonsor, J. Pennings, J. Mintert. "The Role of Consumer Risk Perceptions and Attitudes in Cross Cultural Beef Consumption Changes". *Journal of Agricultural and Resource Economi*cs 32(2007):566.

Tonsor, G. T. Schroeder, J. Pennings, J. Mintert. "Consumers Valuations and Choice Processes of Food Safety Enhancement Attributes: An International Study of Beef Consumers". American Agricultural Economics Association Annual Meeting, Portland, Oregon, July 29-August 1, 2007. Accessible Online: http://purl.umn.edu/9976

Ward, C., T. Schroeder, T. Wheeler, J. Mintert, J. Drouillard. "Merits of Value Discovery Alternatives for Fed Cattle and Carcasses." *Journal of Agricultural and Resource Economics* 28(2003):661.

Tonsor, G., K. Dhuyvetter, J. Mintert. "Livestock Basis Forecasts: How Beneficial Is The Inclusion of Current Information." *Journal of Agricultural and Resource Economics* 28(2003):660.

**University Extension Bulletins and Fact Sheets**

Tonsor, G., J. Mintert, T. Schroeder. "U.S. Beef Demand Drivers and Enhancement Opportunities." MF-2893, Kansas State University Agricultural Experiment Station and Cooperative Extension Service, June, 2009.

Mintert, J., G. Tonsor, T. Schroeder. "U.S. Beef Demand Drivers and Enhancement Opportunities: A Research Summary." MF-2876, Kansas State University Agricultural Experiment Station and Cooperative Extension Service, January, 2009.

Schroeder, T., G. Tonsor, J. Mintert, J. Pennings. "Consumer Risk Perceptions and Attitudes about Beef Food Safety: Implications for Improving Supply Chain Management." MF-2793, Kansas State University Agricultural Experiment Station and Cooperative Extension Service, August, 2007.

Grunewald, S., J. Mintert, G. Barnaby, K. Dhuyvetter. "Livestock Risk Protection (LRP) Insurance for Fed Cattle." Kansas State University Agricultural Experiment Station and Cooperative Extension Service Extension Bulletin MF-2706, December, 2005.

Grunewald, S., J. Mintert, G. Barnaby, K. Dhuyvetter. "Livestock Risk Protection (LRP) Insurance for Feeder Cattle." Kansas State University Agricultural Experiment Station and Cooperative Extension Service Extension Bulletin MF-2705, December, 2005.

Coffey, B. J. Mintert, S. Fox, T. Schroeder, and L. Valentin. "The Economic Impact of BSE on the U.S. Beef Industry: Product Value Losses, Regulatory Costs, and Consumer Reactions." Kansas State University Agricultural Experiment Station and Cooperative Extension Service Extension Bulletin MF-2678, April 2005.

Coffey, B. J. Mintert, S. Fox, T. Schroeder, and L. Valentin. "The Economic Impact of BSE: A Research Summary." Kansas State University Agricultural Experiment Station and Cooperative Extension Service Extension Bulletin MF-2679, May 2005.

Schroeder, T. J. Mintert, and E. Berg. "Valuing Market Hogs: Information and Pricing Issues." Kansas State University Agricultural Experiment Station and Cooperative Extension Service Extension Bulletin MF-2644, January 2004.

Schroeder, T., J. Mintert, C. Ward, and T. Wheeler. "Fed Cattle Grid-Pricing Valuation: Recommendations for Improvement." Kansas State University Agricultural Experiment Station and Cooperative Extension Service Extension Bulletin MF-2637, December 2003.

Ward, C., T. Schroeder, T. Wheeler, and J. Mintert. "Value Discovery Issues for Fed Cattle." Oklahoma State University Cooperative Extension Service, Bulletin F-586, December 2003.