Matthew T. Christensen
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho  83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Christensen ISB: 7213

Attorney for Plaintiff/Counterdefendant

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 12-08030-JDP |
| HOLLIFIELD RANCHES, INC., | |
| Debtor. | |
| _____ | |
| TYSON FRESH MEATS, INC., a Delaware corporation, | Adversary No. 12-08030-JDP |
| Plaintiff/Counterdefendant, vs. | |
| HOLLIFIELD RANCHES, INC., an Idaho corporation, | |
| Defendant/Counterclaimant. | |

AFFIDAVIT OF PATRICK SNODGRASS IN OPPOSITION TO DEFENDANT'S AMENDED
MOTION TO COMPEL – PAGE 1
Matter: 7081-002

## AFFIDAVIT OF PATRICK SNODGRASS IN OPPOSITION
## TO DEFENDANT'S AMENDED MOTION TO COMPEL

STATE OF ARKANSAS        )

                                  ) ss.

COUNTY OF WASHINGTON    )

      PATRICK SNODGRASS, having been first duly sworn upon oath, deposes and says as follows:

1.    I am of sufficient age and competence to give testimony before this Court.  I make the following statements based upon my own personal knowledge.

2.    I am the Lead Technical Analyst within the information systems department of Tyson Foods, Inc., the parent company of Plaintiff Tyson Fresh Meats, Inc. ("Tyson") and am familiar with the processes used by Tyson to recover electronically stored information.

3.    Tyson is a large multi-national company with a multitude of employees and documents required to be saved on a daily basis.  Tyson does not keep hard copies of every document which it generates or receives, but stores most documents electronically.

4.    In the past, Tyson did not have a low-cost, efficient way to search the databases of electronic information for specific documents.  Rather, in the case of a litigation request, Tyson would need to hire outside third-parties to search specific terms on Tyson's internal databases in order to "mine" those databases for documents.  The costs of such a search would range from $25,000.00 to as high as $50,000.00.

5.    Recently, Tyson developed a procedure to search email servers for emails dating back to 2009.  This sort of search can be done relatively cheaply and efficiently, without the use of third-parties to perform the search.  However, this search is not possible for documents prior to 2009.  Those types of searches still require the costly use of third parties.

AFFIDAVIT OF PATRICK SNODGRASS IN OPPOSITION TO DEFENDANT'S AMENDED
MOTION TO COMPEL – PAGE 2
Matter: 7081-002

6.      Additionally, Tyson may be able to search local shared drives for correspondence sent or received by Tyson employees.  This type of search, however, is dependent on Tyson employees saving documents to the shared drives, which is not always required.  Consequently, this type of search will not turn up all documents, just that which may be on the shared drive and retrievable.

7.      Thus, at this point, Tyson could perform a search for emails and whatever may be on the shared drives.  However, if a more thorough search is desired, or documents prior to January 2009 are sought, a third party must still be used to perform the search.  Based on my review of the scope of such a search in this case, the costs of a third-party search would be in range of $25,000.00 to in excess of $50,000.00.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 20th day of May, 2013.

_____/s/_____
Patrick Snodgrass

SUBSCRIBED AND SWORN to before me this 20th day of May, 2013.

_____/s/ Amanda D. Davis_____
Notary Public
[SEAL]                          Commission Expires:  07/27/2015

AFFIDAVIT OF PATRICK SNODGRASS IN OPPOSITION TO DEFENDANT'S AMENDED MOTION TO COMPEL – PAGE 3
Matter: 7081-002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of May, 2013, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brent T. Robinson | btr@idlawfirm.com |
| Noah G. Hillen | ngh@moffatt.com |
| Matthew T. Christensen | mtc@angstman.com |

And any others as shown on the ECF service list.


_____
/s/
Matthew T. Christensen


AFFIDAVIT OF PATRICK SNODGRASS IN OPPOSITION TO DEFENDANT'S AMENDED MOTION TO COMPEL – PAGE 4
Matter: 7081-002