Matthew T. Christensen
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Christensen ISB: 7213

Attorneys for Plaintiff/Counterdefendant
Tyson Fresh Meats, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>HOLLIFIELD RANCHES, INC.,<br><br>Debtor. | Case No. 10-41613-JDP |
| TYSON FRESH MEATS, INC., a Delaware corporation,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>HOLLIFIELD RANCHES, INC., an Idaho corporation,<br><br>Defendant/Counterclaimant. | Adversary Case No. 12-08030-JDP<br><br>STATEMENT OF UNDISPUTED FACTS |

STATEMENT OF UNDISPUTED FACTS–PAGE 1
A◆J; Matter: 7081-002

COMES NOW Plaintiff, Tyson Fresh Meats, Inc. ("Tyson"), by and through its counsel of record, Matthew T. Christensen, and hereby states the following undisputed facts:[1]

1. Hollifield Ranches, Inc. ("HRI") previously operated a cattle operation known as Double H Cattle, Inc. ("Double H").

2. Double H was in the business of raising cattle for slaughter. Prior to 2010, Double H sold some of the cattle it raised to Tyson.

3. In 2010, Double H and Tyson negotiated and executed a Cattle Feeding Agreement. (The contract is referred to herein as the "Tyson Contract.")[2]

4. After the Debtor filed its bankruptcy petition, it assumed the Tyson Contract with the court's approval.

5. The Tyson Contract required Tyson to reimburse Double H (and later HRI) for all procurement, feeding and grow costs for the cattle raised under the Tyson Contract.

6. Both prior to, and subsequent to, the assumption of the Tyson Contract by the Debtor, Tyson advanced to Double H or HRI, or reimbursed Double H or HRI for, 100% of the procurement, feeding and growing costs of the cattle raised pursuant to the Tyson Contract.

7. Based on the terms of the Tyson Contract, Tyson claims a loss (with consequent amounts owed to Tyson by HRI) for the following cattle lots: 771, 775, 781, 820, 826, 832, 834, 842, 735, 743, 745, 751, 773, 840, 836, 791, 790, 793, 814, 818, 828, 852, 767, 777, 779, 783, 785, 787, 846, 753, 789, 830, 850, 799, 795, 797, 801, 803, 844, 854, 856, 858, 866, 860, and 864.

---

[1] These facts are based on the allegations contained in the Complaint, and admissions contained in the Defendant's Answer, certain Requests for Admission which were previously served and responded to, as well as deposition testimony of Terry Hollifield. It is therefore anticipated that the Defendant, Hollifield Ranches, Inc., will not dispute and/or will stipulate to the facts outlined herein.

[2] This Tyson Contract is Exhibit 101 in Tyson's trial exhibits.

STATEMENT OF UNDISPUTED FACTS–PAGE 2
A◆J; Matter: 7081-002

8. For certain lots, HRI has already paid Tyson the required amounts under the Tyson Contract. These lots include the following: 771, 775, 781, 800, 820, 826, 832, 834, and 842. Accordingly, Tyson does not currently claim any amounts are owed from HRI related to those lots.

9. For **Lot 771** (167 head of cattle), the procurement costs were $120,464.83, the feeding and grow costs were $74,394.65, and the "preliminary net final sale price" for the cattle was $184,297.93, leaving a net loss for Lot 771 of $10,561.55[3].

10. For **Lot 775** (148 head of cattle), the procurement costs were $120,554.11, the feeding and grow costs were $59,234.47, and the "preliminary net final sale price" for the cattle was $173,104.81, leaving a net loss for Lot 775 of $6,683.77.

11. For **Lot 781** (180 head of cattle), the procurement costs were $174,526.41, the feeding and grow costs were $63,682.66, and the "preliminary net final sale price" for the cattle was $225,734.11, leaving a net loss for Lot 781 of $12,474.96.

12. For **Lot 800** (76 head of cattle), the procurement costs were $26,585.51, the feeding and grow costs were $52,982.46, and the "preliminary net final sale price" for the cattle was $97,423.06, leaving a net gain for Lot 800 of $17,855.09.

13. For **Lot 820** (66 head of cattle), the procurement costs were $50,087.89, the feeding and grow costs were $33,400.11, and the "preliminary net final sale price" for the cattle was $89,673.45, leaving a net gain for Lot 820 of $6,185.45.

---

[3] This is termed the "preliminary net final sale price" as several additional adjustments were then made to this sale price to determine the final net sale price. These additional adjustments included the fixed price-per-head guaranteed by the Tyson Contract, the accrued interest charges for funds reimbursed by Tyson, and a hedging adjustment based on the hedging performed by Tyson on each lot of cattle. Each of these additional adjustments are addressed below.

STATEMENT OF UNDISPUTED FACTS–PAGE 3
A♦J; Matter: 7081-002

14. For **Lot 826** (321 head of cattle), the procurement costs were $262,995.12, the feeding and grow costs were $150,694.08, and the "preliminary net final sale price" for the cattle was $396,565.22, leaving a net loss for Lot 826 of $17,123.98.

15. For **Lot 832** (94 head of cattle), the procurement costs were $71,314.78, the feeding and grow costs were $38,063.55, and the "preliminary net final sale price" for the cattle was $108,474.26, leaving a net loss for Lot 832 of $904.07.

16. For **Lot 834** (148 head of cattle), the procurement costs were $127,519.03, the feeding and grow costs were $61,761.07, and the "preliminary net final sale price" for the cattle was $183,643.58, leaving a net loss for Lot 834 of $5,636.52.

17. For **Lot 842** (178 head of cattle), the procurement costs were $171,475.35, the feeding and grow costs were $58,441.70, and the "preliminary net final sale price" for the cattle was $223,461.84, leaving a net loss for Lot 842 of $6,455.21.

18. For **Lot 735** (249 head of cattle), the procurement costs were $139,791.95, the feeding and grow costs were $174,231.03, and the "preliminary net final sale price" for the cattle was $335,059.43, leaving a net gain for Lot 735 of $21,036.45.

19. For **Lot 743** (228 head of cattle), the procurement costs were $143,069.70, the feeding and grow costs were $152,697.07, and the "preliminary net final sale price" for the cattle was $305,074.15, leaving a net gain for Lot 743 of $9,307.38.

20. For **Lot 745** (132 head of cattle), the procurement costs were $90,660.78, the feeding and grow costs were $87,007.80, and the "preliminary net final sale price" for the cattle was $186,837.35, leaving a net gain for Lot 745 of $9,168.77.

21. For **Lot 751** (69 head of cattle), the procurement costs were $47,382.57, the feeding and grow costs were $46,844.99, and the "preliminary net final sale price" for the cattle was $94,783.57, leaving a net gain for Lot 751 of $556.01.

22. For **Lot 773** (191 head of cattle), the procurement costs were $143,364.61, the feeding and grow costs were $82,447.39 and the "preliminary net final sale price" for the cattle was $205,372.13, leaving a net loss for Lot 773 of $20,439.87.

23. For **Lot 840** (108 head of cattle), the procurement costs were $81,005.27, the feeding and grow costs were $50,053.00 and the "preliminary net final sale price" for the cattle was $124,700.16, leaving a net loss for Lot 840 of $6,358.11.

24. For **Lot 836** (144 head of cattle), the procurement costs were $124,838.54, the feeding and grow costs were $63,783.30 and the "preliminary net final sale price" for the cattle was $178,335.81, leaving a net loss for Lot 836 of $10,286.03.

25. For **Lot 791** (335 head of cattle), the procurement costs were $310,301.29, the feeding and grow costs were $173,267.27 and the "preliminary net final sale price" for the cattle was $489,386.76, leaving a net gain for Lot 791 of $5,818.20.

26. For **Lot 790** (182 head of cattle), the procurement costs were $112,561.08, the feeding and grow costs were $151,324.46 and the "preliminary net final sale price" for the cattle was $264,497.63, leaving a net gain for Lot 790 of $612.09.

27. For **Lot 793** (52 head of cattle), the procurement costs were $48,282.45, the feeding and grow costs were $24,648.33 and the "preliminary net final sale price" for the cattle was $73,418.11, leaving a net gain for Lot 793 of $487.33.

28. For **Lot 814** (71 head of cattle), the procurement costs were $49,373.53, the feeding and grow costs were $44,892.30 and the "preliminary net final sale price" for the cattle was $98,634.07, leaving a net gain for Lot 814 of $4,368.24.

29. For **Lot 818** (50 head of cattle), the procurement costs were $32,591.20, the feeding and grow costs were $32,546.21 and the "preliminary net final sale price" for the cattle was $70,218.05, leaving a net gain for Lot 818 of $5,080.64.

30. For **Lot 828** (117 head of cattle), the procurement costs were $70,527.42, the feeding and grow costs were $81,412.93 and the "preliminary net final sale price" for the cattle was $152,383.82, leaving a net gain for Lot 828 of $443.47.

31. For **Lot 852** (290 head of cattle), the procurement costs were $279,270.69, the feeding and grow costs were $158,449.85 and the "preliminary net final sale price" for the cattle was $436,840.24, leaving a net loss for Lot 852 of $880.30.

32. For **Lot 767** (248 head of cattle), the procurement costs were $172,226.06, the feeding and grow costs were $135,951.39 and the "preliminary net final sale price" for the cattle was $297,434.90, leaving a net loss for Lot 767 of $10,742.55.

33. For **Lot 777** (198 head of cattle), the procurement costs were $139,585.88, the feeding and grow costs were $107,450.87 and the "preliminary net final sale price" for the cattle was $246,551.38, leaving a net loss for Lot 777 of $485.37.

34. For **Lot 779** (92 head of cattle), the procurement costs were $73,214.95, the feeding and grow costs were $50,691.58 and the "preliminary net final sale price" for the cattle was $126,689.65, leaving a net gain for Lot 779 of $2,783.11.

35. For **Lot 783** (75 head of cattle), the procurement costs were $59,214.17, the feeding and grow costs were $40,899.67 and the "preliminary net final sale price" for the cattle was $100,298.12, leaving a net gain for Lot 783 of $184.31.

36. For **Lot 785** (135 head of cattle), the procurement costs were $98,177.75, the feeding and grow costs were $81,470.90 and the "preliminary net final sale price" for the cattle was $174,362.05, leaving a net loss for Lot 785 of $5,286.60.

37. For **Lot 787** (52 head of cattle), the procurement costs were $40,599.16, the feeding and grow costs were $29,496.63 and the "preliminary net final sale price" for the cattle was $68,738.14, leaving a net loss for Lot 787 of $1,357.65.

38. For **Lot 846** (141 head of cattle), the procurement costs were $108,862.59, the feeding and grow costs were $81,627.26 and the "preliminary net final sale price" for the cattle was $187,289.87, leaving a net loss for Lot 846 of $3,199.98.

39. For **Lot 753** (485 head of cattle), the procurement costs were $345,694.19, the feeding and grow costs were $303,855.72 and the "preliminary net final sale price" for the cattle was $655,943.67, leaving a net gain for Lot 753 of $6,393.76.

40. For **Lot 789** (417 head of cattle), the procurement costs were $356,878.48, the feeding and grow costs were $240,406.42 and the "preliminary net final sale price" for the cattle was $595,845.60, leaving a net loss for Lot 789 of $1,439.30.

41. For **Lot 830** (118 head of cattle), the procurement costs were $56,999.89, the feeding and grow costs were $97,982.84 and the "preliminary net final sale price" for the cattle was $160,701.91, leaving a net gain for Lot 830 of $5,719.18.

42. For **Lot 850** (50 head of cattle), the procurement costs were $40,010.93, the feeding and grow costs were $28,926.69 and the "preliminary net final sale price" for the cattle was $71,864.03, leaving a net gain for Lot 850 of $2,926.41.

43. For **Lot 799** (98 head of cattle), the procurement costs were $99,253.03, the feeding and grow costs were $40,105.22 and the "preliminary net final sale price" for the cattle was $128,317.01, leaving a net loss for Lot 799 of $11,041.24.

44. For **Lot 795** (47 head of cattle), the procurement costs were $36,246.02, the feeding and grow costs were $26,205.32 and the "preliminary net final sale price" for the cattle was $59,123.72, leaving a net loss for Lot 795 of $3,327.62.

45. For **Lot 797** (148 head of cattle), the procurement costs were $119,431.39, the feeding and grow costs were $90,703.24 and the "preliminary net final sale price" for the cattle was $211,570.02, leaving a net gain for Lot 797 of $1,435.39.

46. For **Lot 801** (109 head of cattle), the procurement costs were $95,095.31, the feeding and grow costs were $64,884.70 and the "preliminary net final sale price" for the cattle was $153,190.08, leaving a net loss for Lot 801 of $6,789.93.

47. For **Lot 803** (53 head of cattle), the procurement costs were $47,694.90, the feeding and grow costs were $30,336.39 and the "preliminary net final sale price" for the cattle was $73,245.52, leaving a net loss for Lot 803 of $4,785.77.

48. For **Lot 844** (252 head of cattle), the procurement costs were $186,336.47, the feeding and grow costs were $166,657.26 and the "preliminary net final sale price" for the cattle was $359,727.12, leaving a net gain for Lot 844 of $6,733.39.

49. For **Lot 854** (30 head of cattle), the procurement costs were $26,931.14, the feeding and grow costs were $19,061.03 and the "preliminary net final sale price" for the cattle was $43,331.86, leaving a net loss for Lot 854 of $2,660.31.

50. For **Lot 856** (68 head of cattle), the procurement costs were $59,949.38, the feeding and grow costs were $50,028.85 and the "preliminary net final sale price" for the cattle was $111,605.67, leaving a net gain for Lot 856 of $1,627.44.

51. For **Lot 858** (78 head of cattle), the procurement costs were $68,913.05, the feeding and grow costs were $57,282.74 and the "preliminary net final sale price" for the cattle was $126,595.13, leaving a net gain for Lot 858 of $399.34.

52. For **Lot 862** (41 head of cattle), the procurement costs were $30,136.96, the feeding and grow costs were $33,563.48 and the "preliminary net final sale price" for the cattle was $66,484.38, leaving a net gain for Lot 862 of $2,783.94.

53. For **Lot 866** (117 head of cattle), the procurement costs were $84,723.63, the feeding and grow costs were $88,752.12 and the "preliminary net final sale price" for the cattle was $169,506.20 leaving a net loss for Lot 866 of $3,969.55.

54. For **Lot 860** (121 head of cattle), the procurement costs were $93,789.08, the feeding and grow costs were $102,860.45 and the "preliminary net final sale price" for the cattle was $195,238.64, leaving a net loss for Lot 860 of $1,410.89.

55. For **Lot 864** (46 head of cattle), the procurement costs were $43,298.30, the feeding and grow costs were $37,927.26 and the "preliminary net final sale price" for the cattle was $77,983.49, leaving a net loss for Lot 864 of $3,242.07.

56. Pursuant to the Tyson Contract, Tyson was due interest from HRI for all funds reimbursed by Tyson (i.e., procurement and feed/grow costs). Based on the amounts reimbursed by Tyson for each lot, the following interest was due from HRI:

    a. Lot 771: $3,081.74

    b. Lot 775: $2,838.88

    c. Lot 781: $1,867.92

    d. Lot 800: $1,375.90

    e. Lot 820: $1,223.20

    f. Lot 826: $6,042.73

    g. Lot 832: $1,432.69

    h. Lot 834: $1,809.37

    i. Lot 842: $1,423.01

    j. Lot 735: $7,728.01

    k. Lot 743: $7,076.61

    l. Lot 745: $4,267.84

    m. Lot 751: $1,863.24

    n. Lot 773: $3,912.06

    o. Lot 840: $1,770.01

    p. Lot 836: $2,326.68

    q. Lot 791: $6,008.57

    r. Lot 790: $6,177.02

    s. Lot 793: $366.42

    t. Lot 814: $2,176.77

u.  Lot 818: $1,399.04

v.  Lot 828: $2,735.03

w.  Lot 852: $5,538.41

x.  Lot 767: $6,771.45

y.  Lot 777: $4,130.04

z.  Lot 779: $1,827.11

aa. Lot 783: $1,293.74

bb. Lot 785: $2,542.20

cc. Lot 787: $370.86

dd. Lot 846: $2,908.84

ee. Lot 753: $16,841.86

ff.  Lot 789: $8,690.93

gg. Lot 830: $3,122.59

hh. Lot 850: $451.32

ii.  Lot 799: $1,572.87

jj.  Lot 795: $637.56

kk. Lot 797: $3,318.34

ll.  Lot 801: $2,526.37

mm.    Lot 803: $1,387.58

nn. Lot 844: $5,692.47

oo. Lot 854: $1,104.87

pp. Lot 856: $2,181.74

qq. Lot 858: $2,307.06

STATEMENT OF UNDISPUTED FACTS–PAGE 11
A♦J; Matter: 7081-002

rr. Lot 862: $1,010.56

ss. Lot 866: $2,646.99

tt. Lot 860: $3,616.00

uu. Lot 864: $1,446.14

57. Pursuant to the Tyson Contract, HRI guaranteed Tyson a fixed profit of $15.00 per head of cattle placed under the Tyson Contract. Based on the number of head of cattle per lot, the following guaranteed fixed profits were applicable to each lot:

a. Lot 771: $2,475.00

b. Lot 775: $2,220.00

c. Lot 781: $2,685.00

d. Lot 800: $1,140.00

e. Lot 820: $990.00

f. Lot 826: $4,770.00

g. Lot 832: $1,380.00

h. Lot 834: $2,220.00

i. Lot 842: $2,640.00

j. Lot 735: $3,720.00

k. Lot 743: $3,405.00

l. Lot 745: $1,965.00

m. Lot 751: $1,035.00

n. Lot 773: $2,805.00

o. Lot 840: $1,620.00

p. Lot 836: $2,145.00

q. Lot 791: $5,025.00

r. Lot 790: $2,685.00

s. Lot 793: $780.00

t. Lot 814: $1,065.00

u. Lot 818: $750.00

v. Lot 828: $1,740.00

w. Lot 852: $4,335.00

x. Lot 767: $3,495.00

y. Lot 777: $2,955.00

z. Lot 779: $1,380.00

aa. Lot 783: $1,110.00

bb. Lot 785: $2,010.00

cc. Lot 787: $780.00

dd. Lot 846: $2,055.00

ee. Lot 753: $7,140.00

ff. Lot 789: $6,240.00

gg. Lot 830: $1,740.00

hh. Lot 850: $720.00

ii. Lot 799: $1,470.00

jj. Lot 795: $705.00

kk. Lot 797: $2,190.00

ll. Lot 801: $1,635.00

mm.    Lot 803: $780.00

STATEMENT OF UNDISPUTED FACTS–PAGE 13
A◆J; Matter: 7081-002

    nn. Lot 844: $3,750.00

    oo. Lot 854: $435.00

    pp. Lot 856: $1,005.00

    qq. Lot 858: $1,155.00

    rr. Lot 862: $615.00

    ss. Lot 866: $1,695.00

    tt. Lot 860: $1,785.00

    uu. Lot 864: $675.00

58. Prior to January 2011, HRI did not inquire of Tyson what hedging practices it was pursuing regarding the cattle lots placed by HRI under the Tyson Contract.

59. HRI did not request Tyson perform any different hedging practices from what Tyson was already doing.

DATED this 15th day of August, 2013.

                         /s/ Matt Christensen
                        MATTHEW T. CHRISTENSEN
                        Attorney for Plaintiff/Counterdefendant, Tyson Fresh Meats, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2013, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brent Taylor Robinson         btr@idlawfirm.com
Noah G. Hillen                ngh@moffatt.com

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Sam Johnson, via email (sam@treasurevalleylawyers.com)


         /s/  Matt Christensen
Matthew T. Christensen