Matthew T. Christensen
ANGSTMAN JOHNSON
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Christensen ISB: 7213

Attorneys for Plaintiff/Counterdefendant
Tyson Fresh Meats, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>    HOLLIFIELD RANCHES, INC.,<br><br>        Debtor. | Case No. 10-41613-JDP |
| TYSON FRESH MEATS, INC., a Delaware corporation,<br><br>        Plaintiff/Counterdefendant,<br><br>    vs.<br><br>HOLLIFIELD RANCHES, INC., an Idaho corporation,<br><br>        Defendant/Counterclaimant. | Adversary Case No. 12-08030-JDP<br><br>TYSON FRESH MEATS, INC'S., WITNESS LIST |

TYSON FRESH MEATS, INC'S., WITNESS LIST – PAGE 1
A✦J; Matter: 7081-002

The Plaintiff/Counterdefendant, Tyson Fresh Meats, Inc. ("Tyson"), by and through its counsel of record, Angstman Johnson, pursuant to Local Rule 9014.1 and the court's scheduling order(s), hereby gives notice to the Court and all interested parties of its intent to call some or all of the following witnesses at the trial in the above-referenced adversary proceeding:

1. Dwight Bibbs, Tyson employee
2. Verna Bennett, Tyson employee
3. Nick Krommenhoek, Tyson employee
4. Brad Brandenburg, Tyson employee
5. Tom Barber, Tyson employee
6. Larry Roberts, retired Tyson employee
7. James Mintert, expert witness
8. Terry Hollifield, HRI employee

Tyson reserves the right to supplement this witness list, to add or call additional rebuttal witnesses, and to call or examine any of HRI's witnesses.

DATED this 15th day of August, 2013.

          /s/ Matt Christensen
          MATTHEW T. CHRISTENSEN
          Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2013, I filed the foregoing WITNESS LIST electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Brent Taylor Robinson | btr@idlawfirm.com |
| Noah G. Hillen | ngh@moffatt.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Sam Johnson, via email (sam@treasurevalleylawyers.com)

　　　　　　　　　　　　　　　　　　　　　　　/s/ Matt Christensen
　　　　　　　　　　　　　　　　　　　　　　　Matthew T. Christensen